77 F.3d 462
 Louis Cope
v.
Mary Cope Splithe, Brenda Cuba, Jose Linares, Estate
Administrator, Alvin Weiss, Probate Judge, Superior Court
N.J., State of New Jersey, Superior Court, Surrg./Appel.
Div., Prudential Insurance Co. of America, Charles D.
Miller, Driver of Striking Car, First Fidelity Bank North
America, Town of Maplewood, Police & Ambl. Dept., Clifford
P. Minor, Prosecutor, Essex County, University of Medicine &
Dentistry of New Jersey, Its Hospital, ADP Automatic
 NO. 94-5785
 United States Court of Appeals,
Third Circuit.
 Jan 12, 1996
 
 Appeal From: D.N.J., No. 94-cv-04566,
 Debevoise, J.
 
 
 1
 AFFIRMED.